**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MONTANA**
GREAT FALLS DIVISION

| | |
|---|---|
| **ALICE LEE GIANNETTA** | : |
| **Plaintiff** | : NO. **4:21-cv-00105-BMM-JTJ** |
| | : |
| **v.** | : |
| | : **ORDER TO APPEAR** |
| **TANA JOHNSON** | **VIRTUALLY FOR HEARING** |
| | : **SCHEDULED JANUARY 24, 2022** |
| | : |
| | : |

Plaintiff Alice Lee Giannetta having moved the court to appear virtually for the hearing on January 24, 2022;

And after considering the papers filed, it is **ORDERED**, that the Plaintiff, Alice Lee Giannetta be permitted to appear by Zoom at the hearing on January 24, 2022. The Plaintiff will contact the Clerk of Court's Office for the Zoom link.

DATED this 14th day of January, 2022.

Brian Morris, Chief District Judge
United States District Court